400 A.2d 624

Schikaneder, Appellant, v. Schikaneder.
Petition for Allowance of Appeal Denied May 17, 1979.

Argued December 6, 1978.   J. Stephen Kreglow, for appellant; Jackson J. Eaton, III, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

400 A.2d 624

Schwartz v. Schwartz, Appellant.

Argued December 4, 1978.   Avram G. Adler, for appellant; Alan E. Boroff, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.